PER CURIAM.

(No. 75-CC-941— ▇▇▇▇▇▇▇▇▇

LINDA S. LEVY, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed May 13, 1975.*

LINDA S. LEVY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

PER CURIAM.